AO4 (  /85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
V.

WILLIAM F. POYNTER

**FILED**

MAR 0 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**WARRANT FOR ARREST**

CASE NUMBER: 07 - 074 - M - 01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ WILLIAM F. POYNTER _____
                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

knowingly combine, conspire, confederate and agree together to commit money laundering under Title 18, United States Code, Section 1956.

in violation of Title ___18___ United States Code, Section(s) ___1956(h)___

ALAN KAY
U.S. MAGISTRATE JUDGE
Name of Issuing Officer

ALAN KAY
U.S. MAGISTRATE JUDGE
Title of Issuing Officer

[signature]
Signature of Issuing Officer

FEB 28 2007   District of Columbia
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2-28-07 | REPORTING | |
| DATE OF ARREST | DAVID BALDWIN | [signature] David Baldwin |
| 3-2-07 | SDUSM | |