IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

: Criminal No. 07-048 (EGS)

v.

:

WILLIAM F. POYNTER : **FILED**

Defendant : MAR 2 2 2007

NANCY MAYER WHITTINGTON, CLERK
**LINE** U.S. DISTRICT COURT

TO THE CLERK OF THE COURT:

Please enter the appearance of CARRIE CRAWFORD, on behalf of

Defendant, WILLIAM F. POYNTER in above-captioned case.

_____
Carrie Crawford, Esquire
IMHOFF & ASSOCIATES
P.O. Box 961
Laurel, M 20725
(202) 723-3075
Counsel for Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on this 20th day of March, 2007, a true and exact copy of the foregoing was delivered by hand, to: Office of the United States Attorney, 555 Fourth Street, N.W. Washington, DC 20530.

_____
Carrie Crawford