IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 07-48-01 |
| v. : | |
| WILLIAM POYNTER, et al. : | |
| Defendant : | |

## MOTION TO AMEND PRE-TRIAL RELEASE TRAVEL CONDITION

Counsel for Defendant, William Poynter, Carrie Crawford, Esquire and Imhoff and Associates, hereby submits this motion to amend Defendant's pre-trial release travel condition in this matter and in support thereof states as follows:

1. Defendant, William Poynter, was placed on pre-trial release in this matter which requires him to report weekly by telephone and imposes a 50 mile travel limitation.

2. Defendant and his family have a longstanding tradition of reunioning in Hampton, VA during the month of June and this year the reunion event takes place on June 22-June 24, 2007.

3. Defendant hereby requests the Court to lift the 50 mile travel restriction for this occasion only so that he may attend the event in Hampton, VA.

4. Counsel spoke to Assistant U.S. Attorney Anthony Scarpelli regarding the matter and the government does not oppose this request.

For the aforegoing reasons, counsel for defendant respectfully requests that the Court grant this motion.

Respectfully submitted,

s/CARRIE CRAWFORD, ESQ.
Imhoff & Associates
P.O. Box 961
Laurel, MD 20725
(202) 723-3075
*Attorney for Defendant*
carriecrawfordlaw@cablespeed.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that on June 13, 2007 I electronically filed the foregoing document with the Clerk of the Court, for the District of Columbia using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the U.S. Attorney of Record, Anthony Scarpelli.

s/Carrie Crawford

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 07-48-01 |
| v. | : |
| | : |
| WILLIAM POYNTER, et al. | : |
| Defendant | : |

**ORDER**

UPON CONSIDERATION of Defendant's Motion to Amend Pre-Trial Release Travel Condition,

**IT IS HEREBY ORDERED** that defendant's motion is **GRANTED**, and it is further

**ORDERED**, that defendant is hereby **GRANTED** permission to travel to Hampton, Virginia during the period June 22 through June 24, 2007 only.

_____
EMMET G. SULLIVAN
UNITED STATES DISTRICT JUDGE