UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) Criminal No. 07-48-01 (EGS) |
| WILLIAM POYNTER | ) |
| Defendant. | ) |

**FILED**
JUN 1 4 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Upon consideration of Defendant's Motion to Amend Pre-Trial Release Travel Condition, it is by the Court hereby

**ORDERED** that defendant's motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant is hereby **GRANTED** permission to travel to Hampton, Virginia during the period of June 22 through June 24, 2007 only.

**SO ORDERED.**

Signed:   Emmet G. Sullivan
          United States District Judge
          June 14, 2007

(N)