UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 07-48-01 (EGS) |
| ) | |
| WILLIAM POYNTER ) | |
| ) | |
| Defendant. ) | |

### ORDER

In proposing jury instructions, the parties shall rely on the revised version of Attachment B included with this Order and disregard the Attachment B included with the Court's July 31, 2007 Pretrial Order. The revised version includes additional jury instructions that are incorporated in part into the Court's standard preliminary jury instructions. All other terms of the Court's July 31, 2007 Pretrial Order still control.

Signed:    **Emmet G. Sullivan**
           **United States District Judge**
           **August 7, 2007**

**ATTACHMENT B - LIST OF STANDARD JURY INSTRUCTIONS**

These instructions come from the latest addition of the Criminal Jury Instructions for the District of Columbia ("Red Book").

Preliminary Instructions

| | |
|---|---|
| 1.03 | Preliminary Instruction Before Trial |
| 1.02(A) | Preliminary Instruction When Notetaking is Permitted |
| 1.21 | Preliminary Instruction to Jury Where Identity of Alternates is Not Disclosed |
| 1.22 | A Juror's Recognition of a Witness or Other Party Connected to the Case |

General Instructions

| | |
|---|---|
| 2.01 | Function of the Court |
| 2.02 | Function of the Jury |
| 2.03 | Jury's Recollection Controls |
| 2.08 | Burden of Proof - Presumption of Innocence |
| 2.09 | Reasonable Doubt |
| 2.14 | Nature of Charges Not to be Considered |
| 2.04 | Evidence in Case [testimony, exhibits, stipulations] |
| 1.07 | Questions Not Evidence |
| 2.05 | Statements and Arguments of Counsel Not Evidence |
| 2.06 | Indictment Not Evidence |
| 2.07 | Inadmissible and Stricken Evidence |

Evaluation of Testimony and Other Evidence

| | |
|---|---|
| 2.10 | Direct and Circumstantial Evidence |
| 2.11 | Credibility of Witnesses |
| 2.26 | Law Enforcement Officer's Testimony |
| 2.27 | Right of Defendant Not to Testify (if applicable) |

Definitions, Proof, Offenses, Defenses

| | |
|---|---|
| 3.07 | On or about |
| 3.02 | Proof of State of Mind |

Closing Remarks

| | |
|---|---|
| 2.74 | Possible Punishment Not Relevant |
| 2.71 | Election of Foreperson |
| 2.72 | Unanimity of Verdict |
| 2.75 | Communications Between Court and Jury |
| 2.73 | Exhibits During Deliberations |
| 1.02(B) | Final Instruction When Notetaking is Permitted |
| 2.76 | Furnishing the Jury With the Instructions |