UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Criminal No. 07-48-01 (EGS) |
| ) | |
| WILLIAM POYNTER ) | |
| ) | |
| Defendant. ) | |

### ORDER

It is by the Court hereby

**ORDERED** that any additional pretrial motions or notices shall be filed by no later than **September 14, 2007**; responses shall be filed by no later than **September 28, 2007**; replies, if any, shall be filed by no later than **October 12, 2007**. The motions hearing and trial dates remain unchanged.

**SO ORDERED.**

Signed:   **Emmet G. Sullivan**
          United States District Judge
          September 4, 2007