IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : Criminal No. 07-48-01 (EGS) |
| v. | |
| | : |
| **WILLIAM F. POYNTER,** | : |
| Defendant | : |

### DEFENDANT WILLIAM POYNTER'S APPLICATION TO INVOKE RULE 17 SUBPOENA POWER

COMES NOW the Defendant William F. Poynter, , through counsel, and hereby request that the court disclose the pre-sentence report (hereinafter "PSR") of co-defendants or any alleged co-conspirators the prosecution will call as witnesses at trial.

### LEGAL AUTHORITY IN SUPPORT OF DEFENDNAT'S RULE 17 SUBPOENA REQUEST

The defendant contends that he is entitled to discovery of the aforementioned documents under Brady v. Maryland, 373 U.S. 83 (1963), for purposes of effective cross-examination of prospective witnesses. The records of these individuals are directly relevant to the issue of witness credibility. Pre-sentence reports ordinarily reveal information about prior criminal records, drug and alcohol abuse and/or treatment, mental illness and psychiatric or psychological evaluation and/or treatment, and relative culpability in the present and/or prior offenses. These documents also include the defendant's version of the offense which is usually quite different from the witness

testimony at trial. Lastly, defense should be allowed to use such reports in cross-examining witnesses regarding bias as may be reflected in relevant sentencing guideline Documentation.

No assertion of privilege with respect to these reports should supercede the defendant's subpoena power under these circumstances. <u>United States v. Gaskins</u>, 938 F.2d 1343 (D.C. Cir. 1991).

Respectfully submitted,

s/CARRIE CRAWFORD, ESQ.
Imhoff & Associates
P.O. Box 961
Laurel, MD 20725
Counsel for Defendant William F. Poynter

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on September 14, 2007 I electronically filed the foregoing document with the Clerk of the Court, for the District of Columbia using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the U.S. Attorney of Record, Anthony Scarpelli.

s/Carrie Crawford