IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Criminal No. 07-48-01 (EGS) |
| v. | : |
| | : |
| WILLIAM POYNTER, et al. | : |
| Defendant | : |

**DEFENDANT'S REPLY TO GOVERNMENT'S MEMORANDUM
IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS
FOR VIOLATION OF HIS CONSTITUTIONAL RIGHTS TO DUE PROCESS**

In the defense's motion to dismiss for violation of his constitutional rights, defendant also gave notice to the government of its intention to use an entrapment defense. The government has asserted that the defendant is not entitled to an entrapment defense because it has not proffered any evidence of inducement.

The defense anticipates that the defendant will testify that a James Ayers ("hereinafter "Ayers") brought the confidential source ("CS") into his office sometime in or around October 2005 introducing him as his nephew. That Ayers had threatened to use his nephews to "get him" because defendant had referred him to Gold Medal Mortgage to get refinancing for his house and he was given a 14% mortgage. That defendant's relationship with Ayers further deteriorated after they became involved in a property dispute. That sometime in or around November 2005, Ayers and another "nephew" named Terry had also stopped by defendant's office. That defendant felt threatened by these "visits" and had spoken with local police about them and ultimately

arranged an agreement with a police officer to provide some security at his office. That despite his efforts to get rid of the CS, nothing worked and the CS and his "uncle" Ayers continued to drop by his offices unannounced. That through defendant's hard work, he had become a government contractor in March 2005 and had increased his revenue by 338%. That during the period of the alleged conspiracy, defendant was working 12-16 hour days under the very real potential of violence from Ayers and his nephews, one of whom, was in fact the CS.

We would submit that this proffer sufficiently details defendant's potential entrapment defense.

Respectfully submitted,

s/CARRIE CRAWFORD, ESQ.
Imhoff & Associates
P.O. Box 961
Laurel, MD 20725
(202) 723-3075
*Attorney for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on October 12, 2007 I electronically filed the foregoing document with the Clerk of the Court, for the District of Columbia using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the U.S. Attorney of Record, Anthony Scarpelli.

/s/
_____
Carrie Crawford