**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

UNITED STATES
      Plaintiff,

  vs.                                  Criminal No. 0748-1 (EGS)

WILLIAM POYNTER
      Defendant.

**ORDER**

    The U.S. Probation Department shall prepare and file a pre-sentence report by no later than **FEBRUARY 27, 2008**; defendant's memorandum lf law, if any shall be filed by no later than **MARCH 5, 2008**; the Government's memorandum of law, if any shall be filed by no later than **MARCH 12, 2008**, a reply, if any shall be filed by no later than **MARCH 19, 2008**, ; and it is further

    ORDERED that the defendant shall be sentenced in Courtroom Number 24A, 4th Floor on **MARCH 26, 2008 AT 10:30 A.M.**

    IT IS SO ORDERED.

    DATE: December 12, 2007       EMMET G. SULLIVAN
                                       UNITED STATES DISTRICT JUDGE