UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

DEC 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES

VS.

WILLIAM POYNTER

CR 07-48 EGS

NOTE FROM JURY

① How secure is our identity after the trial is over?

② Do the attorneys have access to our profiles sent in in response to the jurors' questionnaire?

Date: 12/12/07

Time: 2:05 pm

FOREPERSON

```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES

   VS.

WILLIAM POYNTER

CR 07-48 EGS

FILED DEC 12 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NOTE FROM JURY

We have a verdict.

Date: 12/12/07

Time: 2:21 pm

FOREPERSON