UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> WILLIAM POYNTER ) <br> ) <br> Defendant. ) <br> ) | Criminal No. 07-0048 (EGS) |

**FILED**

DEC 1 2 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

<u>VERDICT FORM</u>

We, the jury, unanimously find as follows:

Count 1.  As to the charge of **Conspiracy to Launder Monetary Instruments**, from at least in or about November 17, 2005 to December 20, 2006, we find the defendant **William Poynter**:

_____                    _____✓_____
Not Guilty                                    Guilty

12/12/07
_____                    _____
DATE                                          FOREPERSON