UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 17 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA, )
)
v. ) Criminal No. 07-48-01 (EGS)
)
WILLIAM POYNTER )
)
Defendant. )

### ORDER

The Clerk of the Court is directed to send copies of the papers received by Chambers from Mr. Poynter to defense attorney Carrie Crawford and Assistant United States Attorney Anthony Scarpelli.

SO ORDERED.

Signed:   Emmet G. Sullivan
          United States District Judge
          January 17, 2008

The Clerk for
Judge Sullivan's Courtroom
Courtroom 25A
333 Constitution Ave
Washington, D.C. 20001

Please forgive my writing you with an unsharpened pencil. However, I was forced into confinement once the verdict for my case was read. I do not ever have a number for my attorney whom I have not seen since the trial.

I am trying to get the transcripts from my trial and do not have a case Number or anything else. My name is Will Poynter and the case was decided on 12/12/07. It was the United States vs William D. Poynter.

If I have not violated a protocol, please send the transcripts to me at 1901 D St. S Wash. D.C. 20003 Bldg. 3 - cell 28. Thanks in advance for any consideration shown to my request.

W.D. Poynter