United States District Court for the District of Columbia

UNITED STATES OF AMERICA,         : Criminal No.: No. 07048
                                  :        *Sullivan, J.*
         Plaintiff,               :
                                  :
     vs.                          :
                                  :
William D. Poynter,               :
                                  :
         Appellant                :
_____

### Notice of Appeal

Name and Address of Appellant

William D. Poynter

1901 D. Street S.E.

Washington D.C. 20003

D.C. Department of Corrections

**FILED**

JAN 29 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Name and Address of Appellant's Attorney

Appellant in Propria Persona

Offense: Conspiracy to Launder Monetary Funds

Concise Statement of Judgment and order giving date and any sentence:

Jury returned a guilty verdict, December 12, 2007

Sentencing to take place In March 2008

Name of Institution where now confined if not on bail

D.C. Department of Corrections

1901 D. Street S.E.

Washington D.C. 20003

Dated this 12th day of January, 2008

William D. Poynter
1901 D STREET, S.E.
DCDC: 173086
WASHINGTON, D.C.
20003

Notice of Intent to Appeal

Clerk
US. District Court for D.C.

Leave
to
File is
granted

EGS
1/29/08

**FILED**
JAN 29 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

To whom it may concern,

I am sending this notice of intent to appeal case 07048 as a precautionary measure. I had asked my attorney to file an appeal on January 10th 2008, however I have received no word from her or the court as to whether or not the notice of intent to appeal was delivered, along with a check for $455 provided to her on the same day. If the form has already been received, please disregard this replacement.

William D. Poynter