## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | :    Criminal No. 0748-1 (EGS) |
| | : |
| **v.** | |
| | : |
| **WILLIAM POYNTER** | : |

### MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS AND INCORPORATED MEMORANDUM OF POINTS AND AUTHORITIES

Defendant, William Poynter, through undersigned counsel, pursuant to Local Rule 32.2(g), hereby respectfully requests an extension of the time period in which corrections and/or objections may be made to defendant's presentencing report and in support thereof, states as follows:

   1.  Defendant's response to any presentence investigation report findings is due on February 13, 2008.

   2.  Defendant's counsel was out of the country the week following receipt of the report until February 12, 2008 and therefore, did not have the opportunity to discuss the report findings directly with the defendant.

   3.  Moreover, counsel for the government has on February 11, 2008 submitted a letter detailing a material dispute with the report's findings which exposes defendant to a potentially greater sentence.

4. Sentencing in this matter has been continued until April 18, 2008.

WHEREFORE, Defendant respectfully requests an additional two (2) weeks to respond to defendant's presentence investigation report.

                        Respectfully submitted,

                    _____/s/_____
                    Carrie Crawford
                    IMHOFF & ASSOCIATES
                    P.O. Box 961
                    Laurel, MD  202725
                    (202) 723-3075
                    carriecrawfordlaw@cablespeed.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a copy of the foregoing pleading was sent by electronic submission to Anthony F. Scarpelli of the Office of the U.S. Attorney this 13th day of February 2008..

.

                        /s/
                    Carrie Crawford