NOTICE OF APPEARANCE IN A CRIMINAL CASE

**CLERK'S OFFICE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
WASHINGTON, D.C. 20001**

UNITED STATES OF AMERICA

vs.                                                          Criminal Number   07 00048-01 (EGS)

**WILLIAM F. POYNTER**
(Defendant)

TO:   NANCY MAYER-WHITTINGTON, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:   (Please check one)

[■] CJA       [ ] RETAINED       [ ] FEDERAL PUBLIC DEFENDER

_(Signature)_

PLEASE PRINT THE FOLLOWING INFORMATION:

**CHRISTOPHER M. DAVIS 385582**
(Attorney & Bar ID Number)

**DAVIS & DAVIS**
(Firm Name)

**514 10th Street NW  9th Floor**
(Street Address)

**Washington          DC          20016**
(City)              (State)       (Zip)

**202 234-7300**
(Telephone Number)