*File is answered*
*EGS*
*4/2/08*

Judge E. Sullivan
U.S. District Court
For the District of Columbia
333 Constitution Ave. N.W.
Washington D.C. 20001

CR 07-48

March 18, 2008
Re: Case

**FILED**
APR 02 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Judge E. Sullivan,

As always, allow me to apologize for sending handwritten material to you, and, for the frequency of my correspondence. Without legal counsel, it is difficult for me to know if I am proceeding correctly. I do not currently use the services of the attorney of record, Ms. Carrie Crawford and have sent a letter to her to end our relationship in the hope of being assigned an attorney appointed by the court.

It came to my attention today that there were two pools from which an attorney could be appointed. One is a federal employee from the court appointed attornies pool and the other might be from the Public Defenders Service. I had no idea there was a difference.

As I am certain my long range goals related to case would be best served by a retained attorney, I unfortunately cannot afford to retain the services of a paid attorney any longer.

This being so, I respectfully request the attorney appointed to me, should the court decide to do so, be from the public defender service, as opposed to a Federal employee from a court appointed pool, if that option is available to me. Additionally, I will need an attorney to represent me at my sentencing hearing.

Again I apologize for having to handwrite letters to the court, however getting anything typed in jail is difficult to say the least. I also hope you are entertaining my request for court ordered Law Library time as it would be essential for me to try to prepare an appeal for an appealate attorney. Thank you in advance for any consideration shown to my correspondence.

William D. Poynter
Case: 07048