*Leave to*
*withdraw is Granted*
*[signature]*
*4/2/08*

March 7, 2008

CR 07-48

**FILED**

APR 0 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Judge Sullivan
333 Constitution Avenue NW
Court Room 25A
Washington, DC 20001

Dear Judge Sullivan:

My name is William D. Poynter (173086) and I've been in the DC jail since December 12, 2007. I'm writing you to request a status meeting with you so that I can fire my attorney & receive a court appointed attorney. This request is precipitated by the fact that my attorney and I have irreconcilable differences. I feel that I have had ineffective legal counsel. Also as a result of the situation I find myself in I'm practically bankrupt.

Because of the urgency of this matter Sandra Faye Harris, POA, is sending this letter to you on my behalf. I will be sending the same letter to you with my own signature in the immediate future.

I want to thank you in advance for any consideration given this request.

Sincerely yours,

*Sandra Faye Harris POA*
William D. Poynter