Judge E Sullivan
333 Constitution Ave N.W. Courtroom 25A
Washington D.C. 20001

March 10, 2008

Judge Sullivan,

FILED
APR - 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

As always please allow me to apologize for having to send hand written letters to you. In my last letter I requested a post sentencing status hearing so I could seperate from my current attorney and request a court appointed attorney, due to failing finances.

At the time that the last letter was written, I also sent a letter to Currie Crawford, esq asking her to accept the letter as the official end of our relationship. I also asked if she would perform a last few tasks to officially end our relationship. To date I have no notification that any of those final tasks were carried out.

While I need the assistance of an attorney to ensure I am addressing the court properly, I understand a court appointed attorney will not be assigned to me until I am granted the status meeting I requested

Currently, I have been incarcerated for 3 months, and have several motions which need to be addressed. The first is I would like to request court ordered Law Library time, as the current visitation allowed is one hour once per week. Since I can't type, many of my motions are still works in process.

Among others, are a motion for a new trial based on ineffective assistance of cousel. Another is an attack on the constitutionality of sting operations, especially when the police or other agents have a personal interest in the outcome of the investigation. These motions could take months to complete at an hourly weekly, and there are no provisions to get work typed for a fee.

Rather than attempt to address my concerns in this single letter, in hand written form, I will end with a request for court ordered Law Library time as a single request at this point.

William D. Poynter
Case 07048