Judge E Sullivan
U.S. District Court
Courtroom 25A
333 Constitution Ave, N.W.
Washington D.C. 20001

CR 07-48

Judge E Sullivan,

Please understand that I am not preparing these letters to you with frivolous intent. I am however sending items to you, that I have been instructed should be sent.

Since my arrival at the D.C. jail I have been reviewing the material I have related to my case number 07048. This being so I have determined that I was improperly represented at trial.

This being so, I have sent a letter to my attorneys company noting my disappointment with the level of representation. I am also sending a copy of that letter to you in the hope of getting consideration for my request for a status hearing and the appointment of a public defender. As this situation has me near bankruptcy I can no longer afford legal protection.

March 7, 2008
Ms Cindy Graves, Case Manager
Imhoff & Associates P.C.
2530 Wilshire Blvd, 1st Floor
Santa Monica California 90403

Cindy Graves,

At this point I have been incarcerated since the 12th of December, 2007. First, let me apologize for having to write this letter to you by hand. Nothing else is currently available to me.

As you know I contacted you on several occassions prior to the trial on December 4, 2007, on the single count of conspiracy I was charged with. My concerns ranged to lack of preparation to testify, to disagreement on approach for my defense.

Once the trial started I stayed with Carrie Crawford because the judge had complained about the fact she had continued the case for months. Changing attorney's at that point could have been damaging to my defense

Throughout the period we were preparing for this case Carrie Crawford assured me the government had a weak case and we had an excellent chance to prevail. That of course was not the case. Further, my complaint, which I am expressing in this letter are not based on the outcome of the case, at least not directly.

My concerns stem from the enormous amount of money I was made to pay in a short period of time and the ineffective assistance I received from Carrie Crawford both before and during trial, and post conviction.

Prior to trial I repeatedly told Carrie this was not an entrapment case. On the last day of trial the judge echoed my sentiments and stated, "this is definitely not an entrapment case". I felt then and feel now we could easily have won by requesting a duress instruction. This was not done.

What's worse I provided Carrie Crawford with a long list of possible witnesses with direct knowledge of this case, only to have

her call the weakest two witnesses for my defense, and one of them was a hostile witness. The government made it clear that was our witness. Two other witnesses were not used since she wanted to use them as character witnesses and decided not to use them as it would expose embarrassing impeachment about me. Unfortunately, both of these witnesses had valuable factual information about the case. One of them was a federal police officer who provided me with limited security and tried to help one apprehend the federal agents posing as drug dealers.

Rather than bore you with lengthy additional details of my concerns for my representation let me summarize them as follows:

- Failure to conduct an adequate investigation to prepare a comprehensive defense for a complicated money laundering case

- Poor trial performance and decisions

- Failure to raise appropriate legal issues important to the case.

- Failure to zealously argue the bias of the confidential informant and his family members, which was a critical discovery during cross examination.

- Failure to file a timely notice of intent to appeal as the clerk of the court informed me this had to be done by the 12th of January.

As a result of the poor representation I received, my life is in complete chaos. I have lost my license to practice accounting. My business is in shambles, with the IRS and State taxing authorities attaching my assets. I am about to lose my home and my car and I have no way to pay either from a jail cell and little has been done to relieve my affairs.

On the 24th of January, I received a letter from Ms Crawford which was almost adversarial stating she would file an appeal for me at sentencing and any filing prior to that would not effect an appeal.

I filed an appeal myself 2 weeks prior to receiving this letter, according to the instruct-

I received from the clerk of the court, and had it approved by the trial Judge. I have no idea if I am proceeding correctly as I am not an attorney. My true goal is to have the case reopened as it is winnable under a duress defense. After all, I don't think the government was aware their agents were used as a smoke screen, so the confidential informant and his family could run a confidence scam on me costing me tens of thousands of dollars. All this is verifiable and I have been awarded a default judgment by P.G. county against the confidential informant's uncle.

On February 4th 2008 I received a copy of a motion for a bond release pending sentencing. No word has been forthcoming about that as I would like to at least sell my house and car rather than lease both due to an inability to pay due to my current circumstances.

As the information I am providing to you is true to the best of my knowledge and belief, I will be forwarding copies to the court, the Md. bar association and other interested parties who believe I have been shafted on this deal

6 of 6

My conviction is a result of the prosecution putting on a 4½ day dog and pony show as compared to a ¾ day defense. You don't win cases that way and that emphasizes the point I am making about the level of service I was provided by T. Mihalf.

While Mr. Crawford is probably effective at the state level representing petty criminals and persons with minor charges, to defend a client against the U.S. Dept. of Justice requires a little more from a defense counsel, or from even a public defender.

You cannot accept fees from client and not deliver on your premise to properly represent them before Federal courts. That is not what I received as am now forced under unbelievable low circumstances to try to determine if I have grounds to discuss a full or partial refund of fees paid to T. Mihalf. I understand the retainer would not be refundable.