Judge E. Sullivan
United States District Court
for the District of Columbia
333 Constitution Avenue N.W.
Washington D.C. 20001

Judge E. Sullivan,

FILED CR 07-48
APR 2 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Thank you for the right to appeal my case number 07048 on January 29, 2008. Forgive me for writing directly to you and not going through my attorney, however that is what this letter is about.

I respectfully request a status hearing prior to my sentencing date, so that I can end the current relationship I have with my attorney Carey Crawford. I sent her a letter several weeks ago, thinking I was releasing her from service so I could apply for a public defender. Recently I was advised that process had to happen through the court.

The circumstances I am currently dealing with have me near bankruptcy. Most of my assets will be sold at a loss. Under these circumstances it is my hope I qualify for

a public defender, as I can no longer cover the cost of a retained attorney. That being so, I am forced to send handwritten letters to you, knowing I should be sending motions.

As I hope is obvious I have several issues for which I need legal counsel. First there is the issue currently before the court, the motion for reconsideration of detention order. Next is preperation for the appeal which was approved on January 29, 2008. Finally, there is a motion to reconsider which spells out errors of fact and possibly law, which is finished but in hand written form.

With only an hour weekly in the law library it is extremely difficult to get items back to the court as my current attorney operates independently of me and I have no say so In what is presented to the court or when.

In summary I appeal to the court to allow me a summary hearing to replace my attorney with a public defender appointed by the court, to help me prepare for an appeal, and to negotiate the terms of my detention order, and to review and possibly

rewrite my motion to reconsider as my retained attorney tried to frame my defense as an entrapment issue, while I have never understood that logic.

Respectfully
William D. Poynter