# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 08-3006**                                    **September Term 2007**

07cr00048-01

Filed On: June 2, 2008 [1119369]

United States of America,

    Appellee

    v.

William Poynter,

    Appellant

**FILED**

JUN 1 3 2008

Clerk, U.S. District and
Bankruptcy Courts

### ORDER

Upon consideration of the motion to appeal in forma pauperis, which was received from Appellant on May 30, 2008, it is, on the court's own motion,

**ORDERED** that the motion to appeal in forma pauperis be referred to the district court for resolution in the first instance. It is

**FURTHER ORDERED** that this case be held in abeyance pending further order of the court.

The Clerk is directed to transmit a copy of this order along with the original motion to the district court. The district court is requested to notify this court promptly following its disposition of the motion.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                      BY:   /s/
                              Laura M. Chipley
                              Deputy Clerk

Attachment:
    Motion for Leave to Proceed on Appeal In Forma Pauperis.

Clerk of Court
United States Court of Appeals
for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse, Room 5523
333 Constitution Avenue N.W.
Washington, D.C. 20001

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
FILED MAY 30 2008
CLERK

United States Court of Appeals
District of Columbia
MAY 30 2008

E. B. Prettyman,

I received the enclosed paperwork to file a motion for In Forma Pauperis on May 21st, 2008. Since then, I have attempted to get copies. Unfortunately, I am only allowed one day per week to get copies, and on the day I was to go to the Law Library the Librarian did not come to work so I was unable to get copies.

In order to comply with the court order for USCA No 08-3006, I am sending the original papers with an account balance and a certificate of service. I do not have any other copies. If this does not meet your minimum requirements, please send me another copy and grant me an extension so that I may meet your requirements. Please notify me of any additional requirements you may have. Thank you in advance for any consideration shown to this correspondence.

William D. Poynter
07-048 (EGS)

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

___

United States of America   USCA No. 083006
Appellee
v.

William D. Poynter   USDC No. 07CR00048-01
Appellant

**MOTION FOR LEAVE TO PROCEED
ON APPEAL IN FORMA PAUPERIS**

I, William D. Poynter, declare that I am the

☐ appellant/petitioner ☐ appellee/respondent in the above-entitled proceeding. In support of this motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to prepay the costs of said proceeding or to give security therefor. My affidavit or sworn statement is attached.

I believe I am entitled to relief. The issues that I desire to present on appeal/review are as follows: (*Provide a statement of the issues you will present to the court. You may continue on the other side of this sheet if necessary.*)

I have been imprisoned since Dec. 12, 2007. My business has been inactive, I was convicted of a conspiracy that I didn't know was going on. I am trying to have my case reopened, though the notice of intent to appeal was filed out of time.

Signature _____

Name of *Pro Se* Litigant (PRINT) William D. Poynter

Address _____

___

Submit original with a certificate of service to:

> Clerk of Court
> United States Court of Appeals
>   for the District of Columbia Circuit
> E. Barrett Prettyman U.S. Courthouse, Room 5523
> 333 Constitution Avenue, N.W.
> Washington, DC 20001

[USCADC Form 53 (Jul 2007)]   -1-

1. For both you and your spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $1,000 | $ N/A | $ 0 | $ N/A |
| Self-employment | $ | $ N/A | $ 0 | $ N/A |
| Income from real property (such as rental income) | $ 0 | $ 0 | $ 0 | $ 0 |
| Interest and dividends | $ 0 | $ 0 | $ 0 | $ 0 |
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance) | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify): none | $ 0 | $ 0 | $ 0 | $ 0 |
| Total monthly income: | $ 0 | $ 0 | $ 0 | $ 0 |

2. List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| SELF | 7320 RNNRD/6 | 8/2/02 - 12/12/07 | 6,000.00 |
| | | | |
| | | | |

3. List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)

| Employer | Address | Dates of employment | Gross monthly pay |
|---|---|---|---|
| N/A | | | |
| | | | |

4. How much cash do you and your spouse have? $ 0

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| N/A | | $ 0 | $ N/A |
| | | $ 0 | $ N/A |
| | | $ 0 | $ N/A |

**If you are a prisoner, seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

5. List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.

Home (Value) 250,000

Other real estate (Value) _____

Motor vehicle #1 $ 17,000.00 (Value)
Make & year: 2004 Jeep Cherokee
Model: Laredo special edition
Registration #: Unknown

Motor vehicle #2 N/A (Value)
Make & year: _____
Model: _____
Registration #: _____

Other Assets (Value) _____

Other Assets (Value) _____

[USCADC Form 53a (Rev. Jul 2007)]    -3-

6. State every person, business, or organization owing you or your spouse money, and the amount owed.

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| None | -0- | N/A |
|  |  |  |
|  |  |  |

7. State every person, business, or organization to whom you or your spouse owes money, the nature of the indebtedness, and the amount owed.

| Person to whom you or your spouse owe money | Nature of indebtedness (e.g., mortgage, credit card) | Amount owed by you | by spouse |
|---|---|---|---|
| State of Maryland | Income taxes | 1,400.00 | N/A |
| Ajelon | Temp Fees | 12,000.00 | N/A |
| IRS | Payroll Taxes | 28,000.00 | N/A |
|  |  |  |  |
|  |  |  |  |

8. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|---|---|---|
| N/A |  |  |
|  |  |  |
|  |  |  |

9. Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $2549 | $ N/A |

| Are real-estate taxes included? | [X] Yes | [ ] No |
| Is property insurance included? | [ ] Yes | [X] No |

|  | You | Spouse |
|---|---|---|
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $400.00 | $ N/A |
| Home maintenance (repairs and upkeep) | $250.00 | $ N/A |

[USCADC Form 53a (Rev. Jul 2007)]    -4-

|  | You | Spouse |
|---|---|---|
| Food | $ 300.00 | $ N/A |
| Clothing | $ 80.00 | $ N/A |
| Laundry and dry-cleaning | $ 25.00 | $ N/A |
| Medical and dental expenses | $ 400.00 ~~-0-~~ | $ N/A |
| Transportation (not including motor vehicle payments) | $ 300.00 | $ N/A |
| Recreation, entertainment, newspapers, magazines, etc. | $ 50.00 | $ N/A |
| Insurance (not deducted from wages or included in mortgage payments) | $ 50.00 | $ N/A |
|   Homeowner's or renter's | $ 50.00 | $ N/A |
|   Life | $ | $ |
|   Health | $ 400.00 | $ N/A |
|   Motor Vehicle | $ 300.00 | $ N/A |
|   Other: _____ | $ | $ |
| Taxes (not deducted from wages or included in mortgage payments) (specify): _____ | $ 68.00 | $ N/A |
| Installment payments | $ 100.00 | $ N/A |
|   Motor Vehicle | $ 969.00 | $ N/A |
|   Credit card (name): Various | $ 100.00 | $ N/A |
|   Department store (name): _____ | $ | $ |
|   Other: _____ | $ | $ |
| Alimony, maintenance, and support paid to others | $ | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ | $ |
| Other (specify): _____ | $ | $ |
| Total monthly expenses: | $ 5,961 | $ |

10. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?    [X] Yes    [ ] No

If yes, describe on an attached sheet.
I have been incarcerated since 12/12/07 and as a result am almost bankrupt. I will loose my home and my car soon if not released.

11. Have you paid—or will you be paying—an attorney any money for services in connection with this case, including the completion of this form?    [ ] Yes    [X] No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:
_____
_____
_____


12. Have you paid—or will you be paying—anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?    [ ] Yes    [X] No

If yes, how much? $_____

If yes, state the person's name, address, and telephone number:
_____
_____
_____


13. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.
Bankruptcy due to incarceration, a Petition in bankruptcy not filed yet.

14. State the address of your legal residence.
_____
_____
_____

Your daytime phone number: ____, _____
Your age: 58    Your years of schooling: 16



**Name:** POYNTER, WILLIAM
**Section:** C  **Block:** 3B  **Cell:** 17  **Bed:** 3  **Location:** DCCTF
**Agency ID#:** 1106817  **Booked Date:** 03/21/2008

| Time Date/Time | SDI Date/Time | Code | Switch | Trans Amount | Where From/Where To | Receipt # | Check # |
|---|---|---|---|---|---|---|---|
| 05/15/2008 11:51 | | CRV | 2 | -4.10 | COMMISSARY SUMMARY REVERS | 8329330 | |
| 05/15/2008 11:27 | | PT | 2 | 20.00 | P.CARD#248-1252 | 8328420 | |
| 05/14/2008 13:39 | | CO | 2 | 29.42 | COMMISSARY SUMMARY POSTING | 8318108 | |
| 05/08/2008 14:58 | | PT | 2 | 20.00 | P.CARD#181-8616 | 8254359 | |
| 05/07/2008 12:18 | | CO | 2 | 23.67 | COMMISSARY SUMMARY POSTING | 8236640 | |
| 04/30/2008 12:40 | | CO | 2 | 20.76 | COMMISSARY SUMMARY POSTING | 8162782 | |
| 04/29/2008 09:42 | 04/28/2008 16:56 | MO | 1 | 50.00 | DOLORES JENKINS | 8148157 | MAIL |
| 04/23/2008 08:58 | | WU | 1 | 75.00 | SANDRA HARRIS | 8101202 | |
| 04/10/2008 09:44 | | PT | 2 | 50.00 | P.CARD# 14-7318 | 7968453 | |
| 04/09/2008 12:33 | | CO | 2 | 58.53 | COMMISSARY SUMMARY POSTING | 7956359 | |
| 04/02/2008 12:34 | | CO | 2 | 57.97 | COMMISSARY SUMMARY POSTING | 7875786 | |
| 04/02/2008 11:16 | | MO | 1 | 70.00 | DOLORES JENKINS | 7870921 | MAIL |
| 04/02/2008 11:13 | 04/01/2008 09:35 | MO | 1 | 30.00 | DOLORES JENKINS | 7852748 | MAIL |
| 03/28/2008 11:46 | | OT | 1 | 67.20 | DC DOC | 7835392 | |

**Current Account Balance:** $2.65    **Cost Recovery Balance:** $0.00





| Date/Time | Ex Date/Time | Code | Src | Amount | Description | Ref# | Resp |
|---|---|---|---|---|---|---|---|
| 05/27/2008 10:08 | | ID | 2 | 5.00 | CCA/CTF PETTY CHECKING ACCOU | 8428859 | |
| 05/22/2008 10:19 | | PT | 2 | 20.00 | P.CARD#295-1378 | 8395926 | |
| 05/21/2008 14:34 | | CO | 2 | 28.30 | COMMISSARY SUMMARY POSTING | 8389695 | |
| 05/20/2008 09:20 | 05/19/2008 13:48 | MO | 1 | 40.00 | DORORES JENKINS | 8361449 | MAIL |
| 05/15/2008 11:51 | | CRV | 2 | -4.10 | COMMISSARY SUMMARY REVERS | 8329330 | |
| 05/15/2008 11:27 | | PT | 2 | 20.00 | P.CARD#248-1252 | 8328420 | |
| 05/14/2008 13:39 | | CO | 2 | 29.42 | COMMISSARY SUMMARY POSTING | 8318108 | |
| 05/08/2008 14:58 | | PT | 2 | 20.00 | P.CARD#181-8616 | 8254359 | |
| 05/07/2008 12:18 | | CO | 2 | 23.67 | COMMISSARY SUMMARY POSTING | 8236640 | |
| 04/30/2008 12:40 | | CO | 2 | 20.76 | COMMISSARY SUMMARY POSTING | 8162782 | |
| 04/29/2008 09:42 | 04/28/2008 16:56 | MO | 1 | 50.00 | DOLORES JENKINS | 8148157 | MAIL |
| 04/23/2008 08:58 | | WU | 1 | 75.00 | SANDRA HARRIS | 8101202 | |
| 04/10/2008 09:44 | | PT | 2 | 50.00 | P.CARD# 14-7318 | 7968453 | |
| 04/09/2008 12:33 | | CO | 2 | 58.53 | COMMISSARY SUMMARY POSTING | 7958359 | |

Current Account Balance: **$2.65**          Cost Recovery Balance: **$0.00**



## Certificate of Service

I hereby certify that the original and only copy of the attached motion for leave to proceed on appeal in Forma Pauperis has been sent to the Clerk of the Court, United States Court of Appeals for the District of Columbia Circuit, E. Barrett Prettyman U.S. Courthouse Room 5523, 333 Constitution Avenue, N.W., Washington D.C. 20001

Given on This 28th Day of March, 2008

_William D. Poynter_

05/28/08
Date

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

United States of America
Appelee

v.

William D. Poynter
Appellant

USCA No. 08 3 006

USDC No. 07 CR 00048-01

## AFFIDAVIT ACCOMPANYING MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

**Instructions**

Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Signed: [signature]

Date: 5/21/08

**My issues on appeal are:** I filed an Intent to appeal on Jan. 13 2008. I was told by the clerk of the court I had to have the notice of Intent filed by Dec. 19, 2007 in order to get a new trial. Please accept this as my motion to have my conviction overturned and be awarded a new trial. I have new information to prove the confidential source and his family cheated me out of $53,000.00 and used Federal agents to create a smoke screen by misleading them into starting an investigation which was not warranted.

[USCADC Form 53a (Rev. Jul 2007)]