Copies to: Judge
AUSA - Special Proceedings
Dft.

FILED
JUL 09 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

RECEIVED
JUN - 5 2008
CHAMBERS OF
THOMAS F. HOGAN

The Honorable Judge John Hogan
Chief Justice
U.S. District Court
333 Constitution Ave N.W.
Washington D.C. 20001-2866

May 17, 2008
Re: 07048-1

CR 07-48

Judge Hogan,

This is the 5th letter I've written to you, and I hope you have had time to have an aide read them to you. Since I continue to get new information constantly, my correspondence, out of necessity, evolves to reflect facts which were not previously known by me. Before I continue, let me offer my usual apology for having to send hand written correspondence.

In the past my correspondence related to the fact I felt I had been wrongly accused and couldn't understand how I lost at trial. My financial, professional and social losses had been so great, I looked for quick answers as to how I could loose at trial when I hadn't committed a crime. After months of reviewing what information was available to me, I concluded my loss at trial was related to the ambitions of the assistant U.S. attorney, the ICE investigators and the confidential source. I also felt this

was compounded by the ineffective representation provided by my original counsel.

Recently, I received new information which reaffirms my belief I was inappropriately represented by an ineffective attorney, however, my thinking has cleared to allow me to see the assistant U.S. attorney was simply doing his job. I do however still have concerns about information provided to a grand jury by the investigation team leader from ICE, which was extremely flawed. I also have information to prove the confidential informant and his family cheated me out of $158,000 by using the investigation by ICE as a smoke screen.

While the information related to the confidential Informant and his family was known at trial, my attorney refused to use it since it couldn't be proven. Unfortunately in court, it isn't what you know but what you can prove. While I had filed a law suit against the uncle of the confidential source, he refused to answer the interrogatories sent by the P.G. County Courts and my attorney handling that case. This man not only snuck the confidential Informant into my office, and made threats of how dangerous he was, but threatened me at gun point which I couldn't prove in court.

But more importantly I have seen the plea agreement of Frank Smith a co-defendant which completely refutes the statement he made when he was arrested. This man was arranging meetings with the confidential source at his home and my office which I was never made aware of. Further, he befriended Federal agents and had them over to his house, and introduced them to his wife and kids. All this has just been revealed to me.

This new information explains why, when I told the confidential informant I wasn't interested in his illegal plans, he continued to come around. During the course of the investigation I never understood why I couldn't get rid of Federal agents posing as drug dealers. The co-defendant, Frank Smith kept them around.

My new attorney is preparing a motion for ineffective assistance of my prior counsel. In addition I have sent complaints to the MD. Bar Assoc. and the Attorney Grievance Commission of MD. If I can get my motion for ineffective assistance proven and get a new trial. I will keep you updated as I will need your support to keep things moving smoothly.

William D. Pountin