The Honorable Judge John Hogan
Chief Justice
U.S. District Court           CR 07-48
333 Constitution Ave N.W.
Washington D.C. 20001-2866

5/9/08

Copies to: Judge
AUSA - Special Proceedings
Dft.

FILED
JUL 09 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

As with all of my correspondence to you, let me begin by apologizing for sending hand written material to you. As always I hope this letter finds you in good health and good spirits.

Since I understand there is no reason for you to be intimately familiar with my case, allow me to bring you up to speed on where we are. Currently I am using the services of a public defender and was fortunate enough to have my trial judge allow me to get rid of my retained attorney, whose representation of me was questionable.

In my initial letters to you I suggested that I would keep my correspondence to you as responsible as possible, so as not to waste your time. If you have had my letters read to you, by now it should be clear I am trying to have my case reopened. The reason being that now, as during my trial I feel I am innocent of the charges loveled against me.

My loss at trial was due to two major causes. First was the lack of representation I received from my retained attorney. Next

best of her ability, was only able to mount a 3/4 day defense. You do not win cases with the United States Department of Justice that way. To add insult to injury she assured me that the government had a weak case which led to my lack of personal preperation for this case.

I has always been my belief that a compitent attorney could have prevailed in this case. And, it is my hope that the District Court will allow me an opportunity to prove my innocence under circumstance where my 6th amendment rights are not violated.

In closing, I've tried to keep my correspondence to you as responsibly as possible under the circumstances. As evidence of my innocence becomes available I will make you aware in the hope you will use your influence with the trial judge to get this reopened.

As always I see you as the individual I should turn to, to allow common sense and reason to rear their heads in an areana where an incompetent attorney can cost an accused person the loss of their freedom and their lives even when their client is not guilty.

William D. Poynter