UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No.07 00048 (EGS) |
| WILLIAM F. POYNTER | : |

DEFENDANT'S MOTION FOR ADDITIONAL TIME IN THE LAW LIBRARY

Defendant, by and though counsel, Christopher M. Davis, moves this Honorable Court to order the Correctional Treatment Facility (CTF) to afford him additional time in the law library. He states as follows in support of his motion.

1. The defendant is currently housed at CTF.

2. The defendant is a Certified Public Accountant by training.

3. The defendant, having been convicted by a jury, is in the process of filing a motion for new trial based on ineffective assistance of counsel.

4. The defendant is currently limited to a couple of hours a week in the law library. He respectfully moves this Honorable Court to order CTF to allow him a minimum of 16 hours per week in the law library.

Respectfully submitted,

_____
Christopher M. Davis #385582
Counsel for Defendant Poynter
Davis & Davis
The Lincoln Building
514 10th Street, NW - Ninth Floor
Washington, D.C. 20004
202-234-7300

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this opposition was served via the court ECF system on all parties of record on this 16th of July, 2008.

_____
Christopher M. Davis

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

v.                            :   Crim. No.07 00048 (EGS)

WILLIAM F. POYNTER            :

ORDER

Upon consideration of the defendant's MOTION FOR ADDITIONAL TIME IN THE LAW LIBRARY, and any opposition or lack thereof, it is on this _____ day of _____, 2008, hereby

ORDERED that the Correctional Treatment Facility (CTF) allow William F. Poynter (DCDC 173 086) a minimum of _____ hours per week in the law library.

_____
Emmet G. Sullivan
Judge, United States District Court