UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

    v.                                                          : Crim. No. 07-048(EGS)

WILLIAM F. POYNTER                     :


UNOPPOSED MOTION FOR EXTENSION OF TIME IN WHICH FILE
POST-TRIAL SUBMISSIONS

William F. Poynter, by and through counsel, moves this Honorable Court for an extension of time in which to file his post-trial submission. In support, Defendant states the following.

1. Mr. Poynter was indicted and charged with violating 18 U.S.C. § 1956(h), money laundering. He was convicted, following a jury trial, on December 12, 2007. Undersigned counsel entered his appearance on March 14, 2008. Requests for transcripts of the trial were submitted and approved by the Court on April 17, 2008.

2. At a hearing on June 25, 2008, this Court set the following schedule for post-trial submissions and hearing:

    - Initial Submission    August 5
    - Response    August 15
    - Reply    August 29
    - Motions Hearing    October 3, 2008

3. Court reporters Wendy Ricard and Jackie Sullivan have advised counsel that the transcripts will be ready for pick up on July 18th.

4. When the dates were originally set, it was believed that the transcripts would be available by the end of June. Additionally, counsel will be out of town from July 20th

to July 30th. Because there is insufficient time to review the transcripts and to give this case the attention it deserves, it is requested that the following schedule be ordered:

- Initial Submission    September 12
- Response    September 24
- Reply    September 29
- Motions Hearing    October 3

5. Anthony Scarpelli, AUSA has been contacted regarding this request and the suggested dates. Mr. Scarpelli has no objection.

WHEREFORE, Mr. Poynter respectfully requests that his motion herein be granted.

Respectfully submitted,

_____/s/_____
Christopher M. Davis #385582
Counsel for Vernard Mitchell

Davis & Davis
The Lincoln Building
514 10th Street, NW – Ninth Floor
Washington, D.C. 20004
(202) 234-7300

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this motion was served via the Court's Electronic Case Filing System upon Anthony Scapelli, AUSA, on this 19th day of July 2008.

_____/s/_____
Christopher M. Davis

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :

v.                                  :  Crim. No. 07-048(EGS)

WILLIAM F. POYNTER                  :

ORDER

Upon consideration of Defendant's Unopposed Motion to for extension of time in which to file post-trial submissions, it is on this ____ day of July, 2008, hereby

ORDERED that the Motion is granted and that submissions by the parties are due as follows:

- Initial Submission      August 5
- Response                August 15
- Reply                   August 29

_____
Emmet G. Sullivan
Judge, U.S. District Court