The Honorable Judge E.C. Sullivan
U.S. District Court
333 Constitution Ave N.W.
Wash. D.C. 20001

Copies to: Judge
AUSA - Special Proceedings
Dft.

CR 07-48

FILED
AUG 0 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Judge Sullivan,

I am concerned that my attempts to get a hearing on the ineffective assistance of counsel I received for my trial, by my retained attorney, continue to be postponed. I was under the impression the motion would be presented to the court by the end of August and the government had only requested ten (10) days to respond to that motion. Now I'm being told the hearing has been delayed until October.

This situation is further exacerbated by the fact the prosecution feels assured of my guilt because I received a guilty verdict at trial in an almost one sided situation where I was represented by an attorney with little or no experience in criminal practice at the federal level, who turned out to be contracting with a law firm advertising federal criminal defense. My retained attorney did not practice criminal law and was incapable of properly representing me in a situation where the prosecution put on a four day exhibition compared to a 3/4

day defense.

As a result of the level of legal counsel I received, I have been incarcerated for over 8 months, for crimes where I assumed the confidential Informant was joking, due to his claims of control of resources which were impossible. In addition, when I finally saw money on Aug 8th it was less than 1/1000 of the amount claimed by the government. This made me feel I had unknowingly been talking to a street level drug dealer who was in fact dangerous.

Not knowing what to do I tried to stand up to them, as recorded on govt. tape, and they stopped their unwelcome visits at that point. Before my trial I was not allowed to review the full discovery package with my attorney to know what I was facing. This left me defenseless against the prosecution who wanted me to accept responsibility for a conspiracy I knew almost nothing about before Aug 8, 2006.

While the prosecution successfully argued their case in front of a petty jury, claiming to have substantial evidence of my guilt, their victory was more related to the fact they put

on a better performance than did my retained attorney. Though the government was armed with a full compliment of recordings and tapes, those items did more to damage my character by proving I used profanity, than they did to imply I was a conspiracy leader. While the prosecution in doing their job, want to maintain their belief of my guilt, their performance at trial was enhanced by the use of techniques and materials that would not have been necessary had my guilt been real. They ensured their victory by using the following:

- having the petty jury listen to three days of irrelevant material which attacked my character but did little to prove I was a willing conspirator
- questioning me on meetings attended by the codefendants I knew nothing about.
- Using transcripts which did not agree with the videos and recordings they purported to represent
- arguing I received due process when the CI used his family members to create an air of intimidation resulting in my faking compliance until I could figure out what to do.

To add insult to injury my attorney had advised me the government had a weak case and if

we could prove entrapment and the lack of my involvement in the conspiracy I would be ok. this being so, I collected evidence to prove the misconduct of the CI, and expected the attorney to do the rest. That of course did not happen.

At this point if I knew constitutional law I would attempt to represent myself, as my public defender feels If we are lucky enough to get a new trial, I should accept a plea.

I would think it would be in the courts best interest to get all the facts on the table to finalize this issue once and for all. Currently, I am at the mercy of a prosecutor who feels I should be left in prison for the next seven years which is effectively a death penalty for me.

Your honor I plead with you to expedite this process so the truth may surface. If I'm guilty as is currently assumed, I will continue to incur losses of my social, financial and professional assets as is now the case. On the other hand, if I am innocent as claimed as a result of lack of due process and a willingness to participate in criminal activity then please let me stop the bleeding of my assets which I now face.