The honorable Judge Emmit Sullivan
U.S. District Court for D.C.
333 Constitution Ave N.W
Washington D.C. 20001

Copies to: Judge
AUSA - Special Proceedings
Dft.

CR07-48 FILED
AUG 0 5 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Judge Sullivan,

having waited for something to happen with my desire to appeal case number 07-00048, with no result, I wish to formerly register a complaint with the court. I have sat in the D.C. Jail for months watching my life crumble, as I am unable to do anything about it. And worse I was convicted of a crime for which I have no history, by federal agents creating scenarios which could cause a reasonable person to believe I was guilty, combined with the fact I attempted to

be creative and fake compliance, while trying to figure out what to do allowed Federal agents to insist I actually took part in a crime.

Since I was convicted by a jury of my peers, the general concensus seems to be that I should accept the guilty verdict and resign myself to going to prison for 8 years. Further, the prosecutor seems determined to give me the maximum sentence since I chose to go to court, rather than accept a plea.

I went to court because I felt then as now that I am innocent. I didn't accept a plea because pleas are for guilty people and, if Federal agents couldn't get me to do anything, convincing people I know to

commit crimes to connect me to a conspiracy I know little about, should be against the law, as is the crime I was convicted of.

The one issue everyone agrees on is the lackluster defense that was presented for me by my original retained attorney. Proving she was ineffective in court may prove to be another challenge. On March 13th 2008 I was appointed a Public Defender who seems to be looking for the path of least resistance. While I am certain he is a fine attorney, I have not been priveledged with his professional advice often enough to make me feel good about an appeal. At the last status hearing he asked if the next status hearing could be a combined status and

sentencing hearing, which would only allow me weeks to try to undo the tangled mess I find myself in. This situation is exerbated by the fact that as of June 25, 2008, my trial transcripts had not been received which means a motion for ineffective assistance of counsel has not even been started.

This situation grows worse as there seems to be a collaboration with the prosecutors by my attorney, that I have no chance, when at trial. Even the prosecutors were unsure as to whether or not they would prevail. Even with the poor performance of my attorney it wasn't until I took the stand that the prosecution had some indication of victory.

Under the assumption that all facts in this letter are real, I wish to put the court on notice that I have prepared a motion for ineffective assistance of counsel, which I had hoped would be reviewed by my public defender. Further, I had hoped it would be combined with whatever he had come up with to develop a motion which had the potential to get a hearing, have the conviction overturned, and have the case reopened so the arguments presented would show I was not guilty, and did not need an obscure point of law to prove it. My original attorney argued I should be acquitted because the confidential Informant and his uncle cheated me out of a lot of money and needed me out of the way. It was the wrong

wrong argument to prove reasonable doubt. I have CCed a copy of a similar letter to my attorney so he can't imply I am not keeping him in the loop.

Considering the contents of this letter, I find it hard to believe a person with a 2 point criminal history, for crimes dating back to the middle 90s, has now been accused and convicted of a 28 point felony. Since I have substential evidence and witness testimony which was not used at trial, I would think it would be in everyones best interest to get the motion for ineffective assistance before the court so a determination may be made as to the validity of the claims

made in it. At this point I feel I am being unnecessarily brutalized by the court and would request that I be appointed a backup attorney to help me get through courtroom mechanics, and I be allowed to proceed to get this matter resolved pro se.

Sincerely

William D. Poynter

cc: Christopher Davis
Dolores Jenkins
Troy Poynter
Cynthia Poynter