The Honorable Judge Emmet Sullivan
U.S. District Court
333 Constitution Ave N.W.
Washington D.C. 20001

Copies to: Judge
AUSA - Special Proceedings

FILED
AUG 19 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Judge Sullivan,

As always, I apologize for the frequency of my correspondence, and the fact it is hand written. I understand all my requests should put through my public defender, Christopher Davis, however, since he was appointed to represent me, I have seen him twice outside of court. In his defense we have communicated by mail on several occassions.

I have major concerns over my public defender's insistence I am being arrogant because I feel I should challenge the verdict of guilty, as I feel its incorrect and I can prove it to be so. Further, I am uncertain as to his goals related to my post conviction issues. Christopher Davis seems to have brought in to the philosophy that the governments recordings and videos are proof of my guilt.

While the governments tapes certainly prove something, however without the presentation of the opposing proof of my innocense, my trial became a one sided affair.

The attorney I used at trial mislead me by telling me she was a criminal defense attorney. A review of her website reveals her practice areas to include Immagration and small business issues and other none criminal persuits, I would have done better representing myself.

Since I can't change the past, I would like the ability to provide my attorney with information which is based on fact, supported by legal presidence and previous cases which can only be done if I am allowed law library time. I understand the current philosophy on why that is unavailable to me however it appears the court is unopen to the truth.

Since my need to get my current attorney up to speed has become so critical, I would

like to reenter my request for a Law Library court order. If a return to the D.C. Jail would facilitate my request, I would ask that it be made a part of this request.

As I am a Layman to the law as it relates to laws surrounding my post conviction issues, I respectfully request the court view this letter as a motion entered Pro Se.

cc: Christopher Davis
    Dolores Jenkins

Sincerely

William D. Poynter