The Honorable Judge
U.S. District Court For D.C.
333 Constitution Ave N.W.
Washington D.C. 2004

FILED
AUG 19 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Copies to: Judge
AUSA - Special Proceedings
Dft.

July 11, 2008

CR 07-48

Judge Sullivan, I hope this letter finds you in good health and good spirits. As always allow me to apologize for having to send hand written correspondence, it is all that is available to me.

The purpose of this letter is to once again request court ordered law library time. I have spoken to Christopher Davis, my court appointed Public Defender about this, however he seems to feel this is an open and shut case, where a conviction has been handed down and the request for court ordered law library time interferes with finality for this case.

The concensus of thought that has been indirectly communicated to me, is that since I lost at trial future consideration from the court will be limited. It is my hope that my constant communications with the court and other interested parties

would be indicative of my desire to continue to fight what has been one of the most egregious errors of the criminal justice system in recent times.

While I have to agree with the prosecution that my former retained attorney argued the wrong issues at my trial. She insisted I should not be convicted because the confidential informant and his family cheated me out of a large sum of money. While that was true, and a lower court awarded me a judgement for that transgression, it addressed the shortcomings of the confidential informant and his family and offered no explanation for my appearance of compliance with federal agents I thought were drug dealers.

While it may be thought I continue to request court ordered law library time to research some obscure item of law to make my motion of ineffective assistance of trial counsel more palatable to the court, that is hardly the case. My interest in court ordered law library time is to have access to computers and a civilized means of communicating with the court and other interested parties, the research I hope to do will be limited to locating case references to support my motion for ineffective assistance of counsel and

to be certain I understand the basis upon which any motion is put forth on my behalf. Further, should I be fortunate enough to have my case reheard, I would like to understand what is going on so I may take a proactive role in my defense.

In closing, I am submitting yet another request for court ordered law library time

Sincerely

*[signature]*

William D. Poynter
Case 07-00048