UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :

    v.                                                  :   Crim. No.07 00048-01 (EGS)

WILLIAM F. POYNTER                    :

MOTION FOR BOND

    Defendant, by and though counsel, Christopher M. Davis, moves this Honorable

Court to reconsider his Hold Without Bond Status and to set a reasonable bond

pending sentencing.  In support thereof, the defendant states the following:

FACT

    1.  The defendant was charged in a two count indictment on March 1, 2007.  He

was arrested and released on personal recognizance on March 2, 2007.

    2.  On December 12, 2007, the defendant was convicted of one count of money

laundering, 18 U.S.C. 1956(h).     The defendant's bond was revoked upon conviction.

    3.  The defendant was in compliance with his conditions of pretrial release at the

time his bond was revoked.

    4.  The defendant filed a motion to have his bond reviewed on February 4, 2008

(Doc 45).  The United States responded on February 11, 2008 (Doc 46).  The

defendant supplemented his motion on April 17, 2008 (Doc 59).

    5.  The defendant renews and incorporates by reference his earlier motions to

have this Honorable Court set reasonable conditions of release.

<u>ARGUMENT</u>

6.  Defendant is mindful of the clear and convincing evidence hurdle he must overcome to remain on  bond pending sentencing.  18 U.S.C. 3143(a)(1).  And with that burden in mind, he asserts that there is minimal, if any, evidence of a risk of flight or dangerousness.

7.  The defendant has a very minor criminal history - certainly nothing to suggest a predisposition to violence or flight.  He has no prior failure to appears, no documented substance abuse problem nor any instances of wilfully ignoring any order of this or any other court.  He also is a life long resident of the District of Columbia metropolitan area.

8.  In addition to living in the area his whole life, Mr. Poynter has remained gainfully employed in a professional capacity.  Though he apparently has made some poor judgement calls in the past, there is simply nothing to suggest risk of flight or dangerousness.

9.  The defendant has a mother, sister and several children living in the area.  He has an extensive extended family living in the area.  Mr. Poynter's family is prepared to post a cash bond with the court, post property with the court or sign on unsecured bonds to facilitate his release.

10.  As this Honorable Court is well aware, Mr. Poynter desperately wishes to actively participate in the post trial ligation of his conviction.  He sincerely believes that had he been represented by a skilled federal litigator, he would not be in the situation he is in today.  Being incarcerated severely limits his ability to participate in the post verdict efforts to rectify the situation.

## CONCLUSION

The defendant asserts that he is not a flight risk nor is he a danger to the community. He respectfully moves this Honorable Court to set conditions of release so that he may participate, in a meaningful manner, in the post trial litigation of his case.[1]

Respectfully submitted,

_____
Christopher M. Davis #385582
Counsel for Defendant Poynter
Davis & Davis
The Lincoln Building
514 10th Street, NW - Ninth Floor
Washington, D.C. 20004
202-234-7300

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of this opposition was served via the court ECF system on all parties of record on this 9th of September, 2008.

_____
Christopher M. Davis

---

[1]Many similarly situated defendants are allowed to voluntarily surrender to federal institutions. Neither Mr. Poynter's background, activities during the investigation, nor actions during trial raise any concern bearing on his continued release on bond.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :

     v.                                      :  Crim. No.07 00048-01 (EGS)

WILLIAM F. POYNTER                  :


**ORDER**

Upon consideration of Defendant Poynter's Motion For Bond, it is on this

_____ day of _____, 2008, hereby

ORDERED that the motion is GRANTED.


_____
Emmet G. Sullivan, Jr.
Judge, U.S. District Court